■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT BARKMAN, Appellant.—Judgment unanimously

affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Monroe County Court, Maas, J.—burglary, third degree.) Present—Callahan, J. P., Doerr, Boomer, Lawton and Schnepp, JJ.